IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JILL HODGE, TRAVIS JOHNSON, JOANGELA PULLEY, and TAMMI DOOLEY, individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br>v.<br><br>PERMANENT GENERAL ASSURANCE CORPORATION, et al.,<br><br>   Defendants. | NO. 3:22-cv-00608<br><br>JUDGE CAMPBELL<br>MAGISTRATE JUDGE HOLMES |

## ORDER

The parties have jointly filed a Stipulation of Dismissal Without Prejudice stating that they have resolved their dispute in this matter and several related cases. (Doc. No. 64). Accordingly, pursuant to the stipulation of the parties, this case is hereby **DISMISSED** without prejudice.

The Clerk is directed to close the file.

It is so **ORDERED**.

                                                                              _____
                                                                              WILLIAM L. CAMPBELL, JR.
                                                                              UNITED STATES DISTRICT JUDGE